# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2015

### NO. 03-15-00185-CV

**A. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on March 4, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.